UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BALD EAGLE,<br><br>       Plaintiff,<br><br>vs.<br><br>RICHARD GRAY, in his individual capacity; and ANTHONY PADILLA, in his individual capacity,<br><br>       Defendants. | 5:25-CV-05043-KES<br><br>NOTICE OF RULE 4(m) |

  Plaintiff, Christopher Bald Eagle, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. The court screened Bald Eagle's complaint and ordered him to complete and send the Clerk of Court a separate summons and USM-285 form for each defendant who survived screening. Docket 8 at 15. "[A] plaintiff bears the burden of providing proper service information[.]" *Beyer v. Pulaski Cnty. Jail*, 589 F. App'x 798, 799 (8th Cir. 2014) (per curiam) (citation omitted). At this time, Bald Eagle has not filed a summons or USM-285 form for either defendant.

  Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Pursuant to Fed. R. Civ. P. 4(m), the court intends to dismiss without prejudice

Bald Eagle's claims against Gray and Padilla if Bald Eagle does not send the Clerk of Court a separate summons and USM-285 form for each of these defendants or demonstrate good cause for his failure to serve these defendants by **March 28, 2026**.

    Thus, it is ORDERED:

1. That Bald Eagle must complete and return to the Clerk of Court a summons and USM-285 form for Gray and Padilla or demonstrate good cause for his failure to serve these defendants by March 28, 2026. On January 26, 2026, the Clerk of Court sent Bald Eagle two blank summons and USM-285 forms. Bald Eagle's failure to complete and return the summonses and USM-285 forms as directed by March 28, 2026, will result in the dismissal of his claim against defendants Gray and Padilla without prejudice.

2. That the Clerk of Court will issue the summons upon receipt of the completed summons and USM-285 form. The United States Marshal Service shall serve the completed summons, together with a copy of the complaints (Dockets 1, 5), the court's 1915A screening order (Docket 8), and this order upon defendants Gray and Padilla.

3

3. That defendants Gray and Padilla shall serve and file an answer or other responsive pleading to the complaint and amended complaint on or before 21 days following the date of service.

Dated February 26, 2026.

>BY THE COURT:
>
>/s/ *Karen E. Schreier*
>KAREN E. SCHREIER
>UNITED STATES DISTRICT JUDGE